Argued and submitted May 7, affirmed June 9, 2004

In the Matter of the Compensation of
Jimmy O. Dougan, Claimant.

Jimmy O. DOUGAN,
*Petitioner,*

*v.*

SAIF CORPORATION
and Department of Consumer and Business Services,
*Respondents.*

02-0094M; A119427

91 P3d 781

Christopher D. Moore argued the cause and filed the briefs for petitioner.

Alice M. Bartelt argued the cause and filed the brief for respondent SAIF Corporation.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent Department of Consumer and Business Services. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Schuman, Judge, and Leeson, Judge pro tempore.

PER CURIAM

Affirmed. *Goddard v. Liberty Northwest Ins. Corp.*, 193 Or App 238, 89 P3d 1215 (2004).